DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SUSAN BROWN,

Appellant,

v.

PHILIP SELMAN, MATTHEW McELROY, RANDY McELROY,
individually and as Trustee of the Selman Living Trust U/A/D
February 10, 2000, as subsequently amended and restated,

Appellees.

No. 2D2025-0583
_____

May 22, 2026

Appeal pursuant to Fla. R. App. P. 9.130(a)(5) from the Circuit Court for
Hillsborough County; Nancy L. Jacobs and Cory Chandler, Judges.

Manuel Farach of Taft Stettinius & Hollister, LLP, West Palm Beach, for
Appellant.

Michele M. Thomas of Adrian Philip Thomas, P.A., Fort Lauderdale, for
Appellee, Philip Selman.

James S. Eggert of Eggert Fitzpatrick, Ruskin, for remaining Appellees.

PER CURIAM.

    Affirmed.


NORTHCUTT, MORRIS, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.